# Court of Appeals
# of the State of Georgia

ATLANTA, November 17, 2015

*The Court of Appeals hereby passes the following order*

**A16I0058. TONYA TAPLEY SASSER v. MICHAEL BRACK BARNES.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2014CV341 2015CV21 2015CV26



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 17, 2015.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.